IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Whitlock, Trina D | Case Number:  06 B 14493 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/8/08 | Filed:  11/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 14, 2008
Confirmed: February 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,848.50 | |
| Secured: | | 1,889.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,261.50 |
| Trustee Fee: | | 224.20 |
| Other Funds: | | 473.70 |
| Totals: | 4,848.50 | 4,848.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Mark D Weisman | Administrative | 2,261.50 | 2,261.50 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 1,163.00 | 122.94 |
| 5. | Select Portfolio Servicing | Secured | 20,945.87 | 1,766.16 |
| 6. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 173.51 | 0.00 |
| 8. | American General Finance | Unsecured | 2,129.64 | 0.00 |
| 9. | Capital One | Unsecured | 1,282.78 | 0.00 |
| 10. | American General Finance | Secured | | No Claim Filed |
| 11. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 12. | AT&T | Unsecured | | No Claim Filed |
| 13. | TCF Bank | Unsecured | | No Claim Filed |
| 14. | American Debt Collection | Unsecured | | No Claim Filed |
| 15. | Aspen Acceptance | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | American General Finance | Unsecured | | No Claim Filed |
| 18. | American General Finance | Unsecured | | No Claim Filed |
| | | | $ 27,956.30 | $ 4,150.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 96.34 |
| 5.4% | 127.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Whitlock, Trina D

Printed:  4/8/08

Case Number:  06 B 14493
Judge:  Wedoff, Eugene R
Filed:  11/7/06

_____
$ 224.20

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____